IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

PHILLIP TURNER, §
    PETITIONER §
§
VS. § CIVIL ACTION NO. A-13-CA-163-LY
§
RICK THALER, DIRECTOR, TEXAS §
DEPARTMENT OF CRIMINAL JUSTICE, §
CORRECTIOAL INSTITUTIONAL DIVISION, §
    RESPONDENT §
§

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOTICE, IS HEREBY GIVEN THAT PHILLIP TURNER, PETITIONER IN THE ABOVE-NAMED CASE, APPEALS TO THE FIFTH CIRCUIT FROM THE DENIAL OF PETITIONER'S WRIT OF HABEAS CORPUS ENTERED IN THE ABOVE CAUSE NO. A-13-CA-163-LY ON THE 4th DAY OF December, 2014.

RESPECTFULLY SUBMITTED,

PHILLIP TURNER # 1684757
Pro-Se

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION


CLERKS OFFICE                                              DATE:

200 WEST 8th ST. RM.130                                    Re: TURNER V. THALER

AUSTIN, TEXAS 78701                                        Civil Action No. A-13-CA-163-LY


Dear Clerk,

              Greetings.

Please find enclosed my "NOTICE OF APPEAL" to the Fifth Circuit. Please file this with the requisite documents in my case and notify the Court of it's filings please and notify me upon reciept and let me know when my brief needs to be filed please. I thank you for your time and patience with me and my case.

                                                    Sincerely,


CC: FILE
    TEXAS ATTORNEY GENERALS OFFICE
    C/O  CASEY L. JACKSON


PHILLIP TURNER # 1684757

DOLPH BRISCOE UNIT

1459 W. Hwy.85

DILLEY, TEXAS 78017

PHILLIP TURNER # 1684757
BRISCOE UNIT
1459 W. HWY. 85
DILLEY TX 78017

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
18 DEC 2014 PM 2 L

78701391225

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
501 W. 5TH
AUSTIN TX 78070