# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 13, 2015

#1684757
Mr. Phillip Turner
CID Briscoe Prison
1459 W. Highway 85
Dilley, TX 78017-0000

  No. 14-51333  Phillip Turner v. William Stephens, Director
           USDC No. 1:13-CV-163

Dear Mr. Turner,

We have docketed your appeal. You should use the number listed above on all future correspondence.

**You should carefully read the following sections**

Filings in this court are governed strictly by the Federal Rules of Appellate Procedure, **NOT** the Federal Rules of Civil Procedure. We cannot accept motions submitted under the Federal Rules of Civil Procedure. We can address only those documents the court directs you to file, or motion filed under the F$_{ED}$ R. A$_{PP}$. P. in support of the appeal. See F$_{ED}$ R. A$_{PP}$. P. and 5TH C$_{IR}$. R. 27 for guidance. Documents not authorized by these rules will not be acknowledged or acted upon.

**Court Fees**

You must pay a filing fee for your notice of appeal unless the district court has entered an order exempting you from paying the fee under F$_{ED}$ R. A$_{PP}$. P. 24. The $505.00 Court of Appeals docketing fee is due within 15 days from this date, and you must notify this office once this is done. If you do not pay the filing fee, or file a motion with the district court clerk for leave to proceed in forma pauperis on appeal, we will dismiss your appeal without further notice, see 5TH C$_{IR}$. R. 42.3.

ATTENTION ATTORNEYS: Attorneys are required to be a member of the Fifth Circuit Bar and to register for Electronic Case Filing. The "Application and Oath for Admission" form can be printed or downloaded from the Fifth Circuit's website, www.ca5.uscourts.gov. Information on Electronic Case Filing is available at www.ca5.uscourts.gov/cmecf/.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Nancy F. Dolly, Deputy Clerk
504-310-7683

cc: Ms. Casey Leigh Jackson
    Mr. William Putnicki

Case No. 14-51333

PHILLIP TURNER,

        Petitioner - Appellant

v.

WILLIAM STEPHENS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,

        Respondent - Appellee